(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Donlar Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**36-3683785** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**6502 S. Archer Rd.**<br>**Summit Argo, IL 60501** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7    ■ Chapter 11    ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ■ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>  Must attach signed application for the court's consideration<br>  certifying that the debtor is unable to pay fee except in installments.<br>  Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>  11 U.S.C. § 1121(e) (Optional) | **\*\*\* SCOTT R. CLAR 06183741 \*\*\*** |

**Statistical/Administrative Information** (Estimates only)
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative exp... will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000 |
|---|---|---|---|---|---|---|
| | ☐ | | ■ | ☐ | ☐ | |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,00 $100 millio |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 $100 million |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | — | ☐ | ■ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 02/26/2004
Time: 16:22:28
Debtor: DONLAR CORPORATION
Case: 04-07455    Fee : 839
Chapter: 11 Rec. # : 3064826
Judge: Susan Pierson Sonderby

1:04BK07455-BK001

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Donlar Corporation** | FORM B1, Page 2 |
|---|---|---|

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)
**SCOTT R. CLAR  06183741**
Printed Name of Attorney for Debtor(s)
**Crane, Heyman, Simon, Welch & Clar**
Firm Name
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Address
**312-641-6777**
Telephone Number
_2/26/04_
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Larry Koskan**
Printed Name of Authorized Individual
**CEO**
Title of Authorized Individual
_Feb. 24, 2004_
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Donlar Corporation**

_____,
                                    Debtor

Case No._____

Chapter_____11_____

## Exhibit "A" to Voluntary Petition

1.  If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ___**0-11472**_____.

2.  The following financial data is the latest available information and refers to debtor's condition on ___**1/31/04**_____.

    a. Total assets                                               $____**10,880,022.00**

    b. Total debts (including debts listed in 2.c.,below)         $____**27,371,432.00**

Approximate number of holders

    c. Debt securities held by more than 500 holders.

| | | | | Approximate number of holders |
|---|---|---|---|---|
| secured / / | unsecured / / | subordinated / / | $____**0.00** | ____**0** |
| secured / / | unsecured / / | subordinated / / | $____**0.00** | ____**0** |
| secured / / | unsecured / / | subordinated / / | $____**0.00** | ____**0** |
| secured / / | unsecured / / | subordinated / / | $____**0.00** | ____**0** |
| secured / / | unsecured / / | subordinated / / | $____**0.00** | ____**0** |

    d. Number of shares of preferred stock          ____**19,905,500**     ____**2**

    e. Number of shares of common stock             ____**20,793,360**     ____**1,590**

    Comments, if any:

3.  Brief description of debtor's business:
    **Manufacturer of Biodegradable Specialty Chemicals.**

4.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
    **Dr. Robert Martin**
    **Willis Stein & Partners L.P.**
    **Larry P. Koskan**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Donlar Corporation**                              ,        Case No. _____

Debtor

Chapter _____**11**_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Duane Morris & Heckscher<br>One Liberty Place<br>Philadelphia, PA 19103-7396 | Duane Morris & Heckscher<br>One Liberty Place<br>Philadelphia, PA 19103-7396 | | | 364,899.22 |
| Bowne of Chicago<br>P.O.Box71857<br>Chicago, IL 60694-1857 | Bowne of Chicago<br>P.O.Box71857<br>Chicago, IL 60694-1857 | | | 94,119.00 |
| Grant Thornton<br>33562 Treasury Center<br>Chicago, IL 60694 | Grant Thornton<br>33562 Treasury Center<br>Chicago, IL 60694 | | | 84,594.00 |
| Hoyer Odfjell<br>P.O.Box 4346, Dept. 267<br>Houston, TX 77210 | Hoyer Odfjell<br>P.O.Box 4346, Dept. 267<br>Houston, TX 77210 | | | 79,400.00 |
| DSM Chemicals<br>4124 Paysphere Circle<br>Chicago, IL 60674 | DSM Chemicals<br>4124 Paysphere Circle<br>Chicago, IL 60674 | | | 59,524.20 |

In re      **Donlar Corporation**                                                                    Case No. _____

                                                                    ,
                                                        Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Illinois Institute of Technology<br>6502 S. Archer Rd.<br>Summit Argo, IL 60501 | Illinois Institute of Technology<br>6502 S. Archer Rd.<br>Summit Argo, IL 60501 | | | 18,000.00 |
| Illinois Power<br>P.O. Box 2522<br>Decatur, IL 62525-2522 | Illinois Power<br>P.O. Box 2522<br>Decatur, IL 62525-2522 | | | 12,913.52 |
| Blue Cross Blue Shield<br>P.O. Box 1186<br>Chicago, IL 60690-1186 | Blue Cross Blue Shield<br>P.O. Box 1186<br>Chicago, IL 60690-1186 | | | 12,541.76 |
| Olson & Hierl<br>20 North Wacker Dr., 36th Fl.<br>Chicago, IL 60606 | Olson & Hierl<br>20 North Wacker Dr., 36th Fl.<br>Chicago, IL 60606 | | | 11,962.68 |
| American StockTransfer &Trust<br>59 Maiden Lane<br>New York, NY 10038 | American StockTransfer &Trust<br>59 Maiden Lane<br>New York, NY 10038 | | | 8,642.06 |
| BOC Gases<br>P.O. Box 371914<br>Pittsburgh, PA 15251 | BOC Gases<br>P.O. Box 371914<br>Pittsburgh, PA 15251 | | | 7,611.85 |

In re   **Donlar Corporation**                                                              Case No._____

_____,
                                    Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| QCI<br>433 Hackensack Avenue<br>Hackensack, NJ 07601-6319 | QCI<br>433 Hackensack Avenue<br>Hackensack, NJ 07601-6319 | | | 5,010.00 |
| DFDS<br>P.O. Box 8500-S-6330<br>Philadelphia, PA 19178 | DFDS<br>P.O. Box 8500-S-6330<br>Philadelphia, PA 19178 | | | 4,954.00 |
| City of Peru<br>P.O. Box 299<br>Peru, IL 61354 | City of Peru<br>P.O. Box 299<br>Peru, IL 61354 | | | 4,731.68 |
| Automated Data Processing<br>P.O. Box 23487<br>PA 17189 | Automated Data Processing<br>P.O. Box 23487<br>PA 17189 | | | 4,000.00 |
| Lanier Worldwide<br>7109S. Highland Dr.<br>Suite #204<br>Salt Lake City, UT 84121-3750 | Lanier Worldwide<br>7109S. Highland Dr.<br>Suite #204<br>Salt Lake City, UT 84121-3750 | | | 3,000.00 |
| Seeler Industries<br>4150 Paysphere Circle<br>Chicago, IL 60674 | Seeler Industries<br>4150 Paysphere Circle<br>Chicago, IL 60674 | | | 2,208.64 |

In re    **Donlar Corporation**                                                                    Case No. _____
_____,
                                        Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| NCFST<br>6502 S. Archer Rd.<br>Summit Argo, IL 60501 | NCFST<br>6502 S. Archer Rd.<br>Summit Argo, IL 60501 | | | 2,000.00 |
| Fisher Scientific<br>Dept. CH 10119<br>Palatine, IL 60055-0119 | Fisher Scientific<br>Dept. CH 10119<br>Palatine, IL 60055-0119 | | | 1,811.03 |
| HRH of Illinois<br>1910 S. Highland Ave.<br>Lombard IL 60148 | HRH of Illinois<br>1910 S. Highland Ave.<br>Lombard IL 60148 | | | 38,464.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date___2/26/04_____                         Signature_____
                                                                    **Larry Koskan**
                                                                    **CEO**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Donlar Corporation** _____   Case No. _____

                                    Debtor(s)                      Chapter     11 _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:     69 _____

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   _2/26/04_____          _____
                                 Larry Koskan/CEO
                                 Signer/Title

ADT Security Systems
P.O. Box 371967
Pittsburgh, PA 15250

Avaya Financial Services
P.O. Box 93000
Chicago, IL 60673-3000

Colorado Dept. of Revenue
Denver, CO 80261-0009

Agilent Technologies
2850 Centerville Rd.
Wilmington, DE 19808

Blue Cross Blue Shield
P.O. Box 1186
Chicago, IL 60690-1186

Combined Cleaning Services
939 N. First Street
Princeton, IL 61356

Air Gas North Central
P.O. Box 802588
Chicago, IL 60680

BOC Gases
P.O. Box 371914
Pittsburgh, PA 15251

Complete Industrial Enterprise
P.O. Box 529
Peru, IL 61354-0529

American StockTransfer &Trust
59 Maiden Lane
New York, NY 10038

Bowne of Chicago
P.O.Box71857
Chicago, IL 60694-1857

Data Medics Inc.
5402 S. LaGrane Rd.
La Grange, IL 60525

American Teleconnect
P.O. Box 2939
Southampton, NY 11969

C.C. Wagner & Company
6401 Archer Rd.
Summit Argo, IL 60501

DFDS
P.O. Box 8500-S-6330
Philadelphia, PA 19178

Area Wide Snow Removal
32956 2100N Avenue
Arlington, IL 61312

Ceridian
P.O. Box 5344233
Saint Petersburg, FL 33747

Double D Warehouse
4800 Industrial Park Blvd.
Peru, IL 61354

Ashland Distribution Company
P.O. Box 93263
Chicago, IL 60673-3263

Cintas Corporation #396
P.O. Box 9
Normal, IL 61761

DSM Chemicals
4124 Paysphere Circle
Chicago, IL 60674

AT&T
P.O. Box 9001309
Louisville, KY 40290-1309

Citicorp Leasing
P.O. Box 7247-7878
Philadelphia, PA 19170-7878

Duane Morris & Heckscher
One Liberty Place
Philadelphia, PA 19103-7396

AT&T Wireless
P.O. Box 8220
Aurora, IL 60572-8220

Citicorp Vendor Finance Inc.
P.O. Box 7247-0322
Philadelphia, PA 19170-0322

Ecolab
P.O. Box 70343
Chicago, IL 60673-0343

Automated Data Processing
P.O. Box 23487
PA 17189

City of Peru
P.O. Box 299
Peru, IL 61354

Fastenal Company
P.O. Box 978
Winona, MN 55987-0978

Federal Express Corporation
P.O. Box 94515
Palatine, IL 60094-4515

Illinois Institute of Technology
6502 S. Archer Rd.
Summit Argo, IL 60501

Leone Grain & Supply Inc.
3052 E. 103rd Rd.
Peru, IL 61354


Ferguson Enterprises #740
4558 Collections Center Dr.
Chicago, IL 60693

Illinois Power
P.O. Box 2522
Decatur, IL 62525-2522

Loeb Equipment & Appraisal
4131 S. State St.
Chicago, IL 60609-2983


Ferrellgas
322 Raccuglia Dr.
La Salle, IL 61301

Innovative Control Inc.
760 McArdle Drive, Unit G
Crystal Lake, IL 60014

McMaster Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690


Fisher Scientific
Dept. CH 10119
Palatine, IL 60055-0119

Internal Revenue Service
940 Unemployment Taxes

NCFST
6502 S. Archer Rd.
Summit Argo, IL 60501


Grant Thornton
33562 Treasury Center
Chicago, IL 60694

Internal Revenue Service
941 P/R Taxes

Olson & Hierl
20 North Wacker Dr., 36th Fl.
Chicago, IL 60606


Hinckley Springs
6055 S. Harlem
Chicago, IL 60638

IOS Capital
P.O. Box 650016
Dallas, TX 75265

Pension Inc.
P.O. Box 610
Bettendorf, IA 52722


Hoyer Odfjell
P.O.Box 4346, Dept. 267
Houston, TX 77210

IRS 941 Taxes
230 S. Dearborn St.
Chicago, IL 60604

QCI
433 Hackensack Avenue
Hackensack, NJ 07601-6319


HRH of Illinois
1910 S. Highland Ave.
Lombard, IL 60148

Jevic
P.O. Box 23194
Newark, NJ 07189

Quality Carriers Inc.
135 S. LaSalle St.
Chicago, IL 60674-4910


Illinois Dept. Employment Security
P.O. Box 803412
Chicago, IL 60680-3412

K.A. Steel Chemical
15185 Main St.
Lemont, IL 60439

Robert Pietrangelo
10959 Royal Porthcawl
Naperville, IL 60564


Illinois Dept. of Revenue
P.O. Box 88294
Chicago, IL 60680-1294

Lanier Worldwide
7109S. Highland Dr.
Suite #204
Salt Lake City, UT 84121-3750

Salina Vortex Corporation
3024 Arnold Ave.
Salina, KS 67401-8105

SBC
Bill Payment Center
Chicago, IL 60663-0001


Seeler Industries
4150 Paysphere Circle
Chicago, IL 60674


Shane's Office Supply
2717 Curtiss St.
Downers Grove, IL 60515


T.O.H. International
1510 Midway Ct., Ste. E201
Elk Grove Village, IL 60007


Tennessee Farmers Life Insurance
P.O. Box 998
Columbia, TN 38402-0998


Total Environmental Serv.Tech.
P.O. Box 483
Peru, IL 61354


Triumph Cooperation Company
P.O. Box 77
Triumph, IL 61371


United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577


Waste Management of Illinois
P.O. Box9001054
Louisville, KY 40290-1054