IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                   )
                                         )   Case No. 04-07455
Donlar Corporation                       )
an Illinois corporation,                 )   Judge Susan Pierson Sonderby
                                         )   Chapter 11
        Debtor.                          )

## DEBTOR IN POSSESSION FINAL REPORT AND SCHEDULE OF ALL UNPAID DEBTS

TO THE HONORABLE SUSAN PIERSON SONDERBY:

NOW COMES Donlar Corporation, Debtor herein ("Debtor") and for its Chapter 7 Debtor-in-Possession Final Report and Schedule of All Unpaid Debts[1], respectfully state as follows:

1. On July 11, 2002, this Court entered an Order for relief in the above captioned matter pursuant to a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code.

2. The Debtor managed its financial affairs as debtor-in-possession until July 13, 2004, when an Order was entered converting the Debtor's Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code.

3. Phillip Levey has been appointed trustee in the Debtor's Chapter 7 case.

4. There are no remaining assets of the Debtor. All assets of the Debtor were sold to Nanochem, Inc., pursuant to this Court's Order dated May 28, 2004.

---

[1] This Court entered an Order Converting Case Under Chapter 11 to Case Under Chapter 7 on July 13, 2004 (the "Conversion Order"). The Conversion Order requires the Debtor to file a schedule of unpaid debts pursuant to Fed. R. Bankr. P. 1019(5) on or before July 28, 2004, and a final report and account pursuant to Fed. R. Bankr. P. 1019(5) ("DIP Report") on or before August 12, 2004. The Debtor has in this pleading, combined the Schedule of Unpaid Debts and DIP Report.

5.  There are no unpaid debtor-in-possession liabilities.

> Respectfully submitted,
> Donlar Corporation
>
> _____
> By: One of its attorneys

Scott R. Clar, ESQ.
(Atty. No. 06183741)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777