UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| DONLAR CORPORATION | § | Case No. 04-07455 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/06/2010 in Courtroom 642,
United States Courthouse
219 South Dearborn Street
Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: <u>Kenneth S. Gardner</u>
                                           Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UST Form 101-7-NFR (9/1/2009) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| DONLAR CORPORATION | § § | Case No. 04-07455 |
| Debtor(s) | § § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 19,878.62 |
| *and approved disbursements of* | $ | 15,878.72 |
| *leaving a balance on hand of*[1] | $ | 3,999.90 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Phillip D. Levey | $ 1,422.18 | $ 55.53 |
| Attorney for trustee: Phillip D. Levey | $ 2,522.19 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,493.05 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000020B | IRS 941 Taxes | $ 357.62 | $ 0.00 |
| 000024 | Illinois Dept of Employment Security | $ 265.67 | $ 0.00 |
| 000025 | Illinois Dept. Employment Security | $ 531.33 | $ 0.00 |
| 000034 | Illinois Dept of Employment Security | $ 1,338.43 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,280,844.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-NFR (9/1/2009) (Page: 3)

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Lanier Worldwide | $ 19,753.00 | $ 0.00 |
| 000002 | American Teleconnect | $ 207.54 | $ 0.00 |
| 000003 | Salina Vortex Corporation | $ 458.46 | $ 0.00 |
| 000004 | Hinckley Springs | $ 88.52 | $ 0.00 |
| 000005 | Pension Inc. | $ 384.95 | $ 0.00 |
| 000006 | City of Peru | $ 8,324.60 | $ 0.00 |
| 000008 | Total Environmental Serv. Tech. | $ 1,253.75 | $ 0.00 |
| 000009 | Complete Industrial Enterprise | $ 944.27 | $ 0.00 |
| 000010 | Area Wide Snow Removal | $ 580.98 | $ 0.00 |
| 000011 | Fisher Scientific | $ 1,790.57 | $ 0.00 |
| 000012 | McMaster Carr Supply Co. | $ 876.18 | $ 0.00 |
| 000013 | K.A. Steel Chemical | $ 2,369.40 | $ 0.00 |
| 000014 | DFDS | $ 4,954.00 | $ 0.00 |
| 000015 | Waste Management | $ 297.50 | $ 0.00 |
| 000016 | BOC Gases | $ 8,551.60 | $ 0.00 |
| 000017 | Illinois Power | $ 7,952.75 | $ 0.00 |
| 000018 | Ecolab | $ 313.42 | $ 0.00 |
| 000019 | United Parcel Service | $ 772.05 | $ 0.00 |
| 000020A | IRS 941 Taxes | $ 711.78 | $ 0.00 |
| 000021 | SBC | $ 2,100.96 | $ 0.00 |
| 000022 | Robert P Pietrangelo | $ 1,190,864.81 | $ 0.00 |
| 000023 | American StockTransfer &Trust | $ 13,616.56 | $ 0.00 |
| 000026 | Citicorp Vendor Finance Inc. | $ 11,007.24 | $ 0.00 |
| 000027 | Tennessee Farmers Life Insurance | $ 24,908,279.76 | $ 0.00 |
| 000028 | Olson & Hierl | $ 12,330.17 | $ 0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000029 | CitiCapital Commercial Corporation | $ 16,257.04 | $ 0.00 |
| 000030 | Hunzeker Service Agency | $ 850.60 | $ 0.00 |
| 000031 | D Gale Martin | $ 20,000.00 | $ 0.00 |
| 000032 | Ferrellgas Inc | $ 54.50 | $ 0.00 |
| 000033 | GE Capital | $ 24,491.91 | $ 0.00 |
| 000035 | AI Credit Corp | $ 20,406.09 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Kenneth S. Gardner
Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: kscott                 Page 1 of 3                   Date Rcvd: Dec 07, 2009
Case: 04-07455                 Form ID: pdf006              Total Noticed: 112

The following entities were noticed by first class mail on Dec 09, 2009.
db           +Donlar Corporation,   6502 S Archer Rd,   Summit Argo, IL 60501-1957
aty          +Scott R Clar,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Suite 3705,
               Chicago, IL 60603-4101
tr           +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
7810839      +ADT Security Systems,   P.O. Box 371967,   Pittsburgh, PA 15250-7967
8945470      +AI Credit Corp,   Imperial AI Credit Companies,   101 Hudson St 34th FL,
               Jersey City, NJ 07302-3905
7810846       AT&T,   P.O. Box 9001309,   Louisville, KY 40290-1309
7810847       AT&T Wireless,   P.O. Box 8220,   Aurora, IL 60572-8220
7810840      +Agilent Technologies,   2850 Centerville Rd.,   Wilmington, DE 19808-1610
7810841      +Air Gas North Central,   P.O. Box 802588,   Chicago, IL 60680-2588
7810842      +American StockTransfer &Trust,   59 Maiden Lane,   New York, NY 10038-4667
7810843      +American Teleconnect,   P.O. Box 2939,   Southampton, NY 11969-2939
7926391      +Aparna Kothapalli,   3140 S Michigan Ave 505,   Chicago, IL 60616-3870
7810844       Area Wide Snow Removal,   32956 2100N Avenue,   Arlington, IL 61312
7810845       Ashland Distribution Company,   P.O. Box 93263,   Chicago, IL 60673-3263
7810849       Avaya Financial Services,   P.O. Box 93000,   Chicago, IL 60673-3000
7810851      +BOC Gases,   P.O. Box 371914,   Pittsburgh, PA 15251-7914
8035291      +BOC Gases,   100 Corporate Drive,   Lebanon, NJ 08833-2200
7810850       Blue Cross Blue Shield,   P.O. Box 1186,   Chicago, IL 60690-1186
7810852       Bowne of Chicago,   P.O.Box71857,   Chicago, IL 60694-1857
7810853      +C.C. Wagner & Company,   6401 Archer Rd.,   Summit Argo, IL 60501-1934
7926405      +Canon Financial Services,   POB 4004,   Carol Stream, IL 60197-4004
7810854       Ceridian,   P.O. Box 5344233,   Saint Petersburg, FL 33747
7926386      +Christopher Earhardt,   POB 351,   Cherry, IL 61317-0351
7810855      +Cintas Corporation #396,   P.O. Box 9,   Normal, IL 61761-0009
8120347      +CitiCapital Commercial Corporation,   P O box 140729,   Irving TX 75014-0729
7810856       Citicorp Leasing,   P.O. Box 7247-7878,   Philadelphia, PA 19170-7878
7810857       Citicorp Vendor Finance Inc.,   P.O. Box 7247-0322,   Philadelphia, PA 19170-0322
7810858      +City of Peru,   P.O. Box 299,   Peru, IL 61354-0299
7810860      +Combined Cleaning Services,   939 N. First Street,   Princeton, IL 61356-1270
7810861       Complete Industrial Enterprise,   P.O. Box 529,   Peru, IL 61354-0529
8139465      +D Gale Martin,   Schwartz Cooper Greengerger & Krauss,   C/O Robert D Nachman,
               180 N LaSalle Street Suite 2700,   Chicago IL 60601-2709
7810863      +DFDS,   P.O. Box 8500-S-6330,   Philadelphia, PA 19178-0001
7810865      +DSM Chemicals,   4124 Paysphere Circle,   Chicago, IL 60674-0041
7926392      +Danial Kramer,   2521 Market St,   Peru, IL 61354-3450
7810862      +Data Medics Inc.,   5402 S. LaGrane Rd.,   La Grange, IL 60525-2851
7926404      +Don Anderson,   831 Bernal Ct,   Spring Valley, IL 61362-1600
7926384      +Donald Anderson,   831 Bernal Ct,   Spring Valley, IL 61362-1600
7810864       Double D Warehouse,   4800 Industrial Park Blvd.,   Peru, IL 61354
7926406      +Dresser Inc,   POB 201196,   Dallas, TX 75320-1196
7810866      +Duane Morris & Heckscher,   One Liberty Place,   Philadelphia, PA 19103-4201
7810867       Ecolab,   P.O. Box 70343,   Chicago, IL 60673-0343
7926385      +Edward Eberhart,   9008 S Main St,   Hometown, IL 60456-1105
7926393      +Eric Lind,   1520 Lark Lane,   Naperville, IL 60565-1304
7810868       Fastenal Company,   P.O. Box 978,   Winona, MN 55987-0978
7810869       Federal Express Corporation,   P.O. Box 94515,   Palatine, IL 60094-4515
7810870      +Ferguson Enterprises #740,   4558 Collections Center Dr.,   Chicago, IL 60693-0045
7810871      +Ferrellgas,   322 Raccuglia Dr.,   La Salle, IL 61301-9723
8151015      +Ferrellgas Inc,   Attn RCC #40,   One Liberty Plaza,   Liberty, MO 64068-2971
7810872       Fisher Scientific,   Dept. CH 10119,   Palatine, IL 60055-0119
7952784      +Fisher Scientific,   Gary Barnes Regional Credit Mgr,   2000 Park Lane,
               Pittsburgh, PA 15275-1114
7926407      +Freund Container,   11535 S Central,   Alsip, IL 60803-3418
8250131      +GE Capital,   Attn Jay King,   POB 3083,   Cedar Rapipds, IA 52406-3083
7810873      +Grant Thornton,   33562 Treasury Center,   Chicago, IL 60694-3500
7810876      +HRH of Illinois,   1910 S. Highland Ave.,   Lombard, IL 60148-6163
7810874      +Hinckley Springs,   6055 S. Harlem,   Chicago, IL 60638-3985
7810875      +Hoyer Odfjell,   P.O.Box 4346, Dept. 267,   Houston, TX 77210-4346
8010000       Hoyer-Odfjell Inc,   c/o Jeromy D Hughes,   Brown Sims PC,   10th Floor 1177 West Loop South,
               Houston Tx 77027
7926408      +Hunzeker Service Agency,   8720 N University,   Peoria, IL 61615-1634
7810882     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
7926409      +IOS Capital,   POB 650016,   Dallas, TX 75265-0016
7810884       IOS Capital LLC,   1738 Bass Road,   P.O. Box 13708,   Maco, GA 31208-3708
7810885      +IRS 941 Taxes,   230 S. Dearborn St.,   Chicago, IL 60604-1688
7810878       Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
7926402      +Illinois Dept of Employment Security,   Bankruptcy Unit,   3rd Fl,   401 S State St,
               Chicago, IL 60605-1294
8097758      +Illinois Dept of Employment Security,   Bankruptcy Unit 10th Floor,   33 S State St,
               Chicago, IL 60603-2804
7926401      +Illinois Dept of Employment Security,   POB 803412,   Chicago, IL 60680-3412
7810877       Illinois Dept. Employment Security,   P.O. Box 803412,   Chicago, IL 60680-3412
7810879      +Illinois Institute of Technology,   6502 S. Archer Rd.,   Summit Argo, IL 60501-1948
7810880       Illinois Power,   P.O. Box 2522,   Decatur, IL 62525-2522
7810881      +Innovative Control Inc.,   760 McArdle Drive, Unit G,   Crystal Lake, IL 60014-8149
7926410      +Iron Age Corp,   POB 1449,   Pittsburgh, PA 15146-9449
7810886      +Jevic,   P.O. Box 23194,   Newark, NJ 07189-0194
7926388      +Joseph Chwei-Jer Fan,   2707 Cotton Creek Ct,   Naperville, IL 60564-4625
```

```
District/off: 0752-1          User: kscott              Page 2 of 3                   Date Rcvd: Dec 07, 2009
Case: 04-07455                Form ID: pdf006           Total Noticed: 112

7810887      +K.A. Steel Chemical,    15185 Main St.,    Lemont, IL 60439-2722
7926399      +LaSalle County Collector,    707 Etna Rd,    Ottawa, IL 61350-1074
7926387      +Laj-Duien Grace Fan,    2707 Cotton Creek Ct,    Naperville, IL 60564-4625
7810888      +Lanier Worldwide,    7109S. Highland Dr.,    Suite #204,    Salt Lake City, UT 84121
7926390      +Larry Koskan,    8617 Golfview Dr,    Orland Park, IL 60462-2852
7810889      +Leone Grain & Supply Inc.,    3052 E. 103rd Rd.,    Peru, IL 61354-9627
7810890      +Loeb Equipment & Appraisal,    4131 S. State St.,    Chicago, IL 60609-2942
7926412      +McKee Thomte Voorhees,    801 Grand Ste 3200,    Des Moines, IA 50309-2721
7810891       McMaster Carr Supply Co.,    P.O. Box 7690,    Chicago, IL 60680-7690
7926413      +Met Life,    POB 804466,    Kansas City, MO 64180-4466
7926394      +Michael McGowan,    3832 Terrance Ferry,    Joliet, IL 60431-2792
7810892      +NCFST,    6502 S. Archer Rd.,    Summit Argo, IL 60501-1957
7926396      +Nicholas Pratt,    521 E Erie St,    Spring Valley, IL 61362-2215
7810893      +Olson & Hierl,    20 North Wacker Dr., 36th Fl.,    Chicago, IL 60606-3103
7810894      +Pension Inc.,    P.O. Box 610,    Bettendorf, IA 52722-0011
7810895       QCI,    433 Hackensack Avenue,    Hackensack, NJ 07601-6319
7810896       Quality Carriers Inc.,    135 S. LaSalle St.,    Chicago, IL 60674-4910
7926411      +Robert G Martin MD,    2170 Midland Rd,    Southern Pines, NC 28387-2927
7926389      +Robert Kerbs,    6186 S Jericho Ct,    Aurora, CO 80016-1272
7810897      +Robert Pietrangelo,    10959 Royal Porthcawl,    Naperville, IL 60564-8117
7926397      +Roseann Schwendeman,    9011 S 85th Ct,    Hickory Hills, IL 60457-1330
7810899       SBC,    Bill Payment Center,    Chicago, IL 60663-0001
7810898       Salina Vortex Corporation,    3024 Arnold Ave.,    Salina, KS 67401-8105
7943847      +Securities And Exchange Commission,    175 W Jackson blvd,    Ste 900,    Chicago IL 60604-2615
7810900      +Seeler Industries,    4150 Paysphere Circle,    Chicago, IL 60674-0041
7810901      +Shane's Office Supply,    2717 Curtiss St.,    Downers Grove, IL 60515-4002
7810902      +T.O.H. International,    1510 Midway Ct., Ste. E201,    Elk Grove Village, IL 60007-6689
7810903       Tennessee Farmers Life Insurance,    Thomas Kiriakos Esq/ Craig E Reimer Esq,
               Julie Johnson-Ahlen /Reiko Suber Esq,    Mayer,Brown,Rowe & Maw LLP,
               190 S LaSalle Street, Chicago, IL 60603
7926383      +Tennessee Farmers Life Insurance,    POB 998,    Columbia, TN 38402-0998
7926395      +Thomas Poggensee,    9101 Walnut Lane,    Tinley Park, IL 60487-5255
7810904      +Total Environmental Serv.Tech.,    P.O. Box 483,    Peru, IL 61354-0483
7810905      +Triumph Cooperation Company,    P.O. Box 77,    Triumph, IL 61371-0077
7810906       United Parcel Service,    Lockbox 577,    Carol Stream, IL 60132-0577
8014017      +Waste Management,    2421 W Peoria Ave,    Phoenix, AZ 85029-4944
7810907       Waste Management of Illinois,    P.O. Box9001054,    Louisville, KY 40290-1054
7905800      +Wilson P Funkhouser Esq,    Funkhouser Vegosen Liebman & Dunn Ltd,    55 West Monroe Street,
               Suite 2410,    Chicago, IL 60603-5029
The following entities were noticed by electronic transmission on Dec 07, 2009.
7926403      +E-mail/PDF: tacbnk@spike.dor.state.co.us Dec 08 2009 00:11:12      Colorado Dept of Revenue,
               State of Colorado,    Denver, CO 80261-0001
7810859       E-mail/PDF: tacbnk@spike.dor.state.co.us Dec 08 2009 00:11:12      Colorado Dept. of Revenue,
               Denver, CO 80261-0009
7926415      +E-mail/Text: ACCOUNTS@SUPREMERADIO.COM                             Supreme Radio Communications,
               4017 N Prospect Rd,    Peoria Heights, IL 61616-7748
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7810848       Automated Data Processing,    P.O. Box 23487,    PA 17189
8071043       Robert P Pietrangelo,    c/o Wilson P Funkhouser,    Funkhouser Vegosen Liebman & Dunn Ltd,
               55 W Monroe St Ste 2410
7810883*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
7926398*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
8059417*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
7926400*      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
7926414*     +NCFST,    6502 S Archer Rd,    Summit Argo, IL 60501-1957
                                                                                              TOTALS: 2, * 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: kscott           Page 3 of 3              Date Rcvd: Dec 07, 2009
Case: 04-07455                Form ID: pdf006        Total Noticed: 112
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 09, 2009**                            **Signature:**     *Joseph Speetjens*